AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>LANGSTAFF, THOMAS Q. | 2. Court or Organization<br><br>DISTRICT COURT-MIDDLE DISTRICT GEORGIA | 3. Date of Report<br><br>08/09/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE-FULL-TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>201 W. BROAD AVENUE<br>ALBANY, GEORGIA 31701 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | The remaining partner ▨ has agreed to buy out Thomas Langstaff's interest in partnership |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Darton College (stipend) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LANGSTAFF, THOMAS Q.** | 08/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (various accounts) | A | Interest | J | T | | | | | |
| 2. Flint Community Bank | A | Interest | M | T | | | | | |
| 3. SB&T Accounts | A | Interest | K | T | | | | | |
| 4. Bank of America-common stock | A | Distribution | K | T | | | | | |
| 5. DWS Kemper Fund-DWS Strategic Gov't Security Fund | B | Int./Div. | K | T | | | | | |
| 6. Georgia International Life Insurance Co | A | Interest | J | T | | | | | |
| 7. Georgia Defined Contribution Plan (Y) | | | | | | | | | |
| 8. Brokerage Account #1 (H) | | | | | | | | | |
| 9. Merrill Lynch Eaton Vance Tax Free Bond (ETGAX) | B | Int./Div. | K | T | | | | | |
| 10. IRA #1 (H) | | | | | | | | | |
| 11. Albany Bank and Trust IRA (cash account) (Y) | | | | | | | | | |
| 12. Fidelity Cash Reserves (Y) | | | | | | | | | |
| 13. Fidelity - Capital Appreciation (FDCAX) | A | Dividend | K | T | | | | | |
| 14. Fidelity-Asset Manager 20% (FASIX) | A | Dividend | J | T | | | | | |
| 15. Fidelity-Europe (FIEUX) | A | Dividend | K | T | | | | | |
| 16. Fidelity-OTC Port (FOCPX) | A | Dividend | K | T | | | | | |
| 17. Fidelity Select Gold (FSAGX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Select Chemicals (FSCHX) | A | Dividend | K | T | | | | | |
| 19. Fidelity-Capital & Income (FAGIX) | A | Dividend | K | T | | | | | |
| 20. IRA #2 (H) | | | | | | | | | |
| 21. Columbia Cash Reserves (Y) | | | | | | | | | |
| 22. Fidelity-Value (FDVLX) | A | Dividend | J | T | | | | | |
| 23. Fidelity-Int'l Discovery (FIGRX) | A | Dividend | J | T | | | | | |
| 24. Fidelity-Capital Appreciation (FDCAX) | A | Dividend | K | T | | | | | |
| 25. Fidelity-Stock Selector (FDSSX) | A | Dividend | K | T | | | | | |
| 26. Fidelity-Contrafund (FCNTX) | A | Dividend | K | T | | | | | |
| 27. Fidelity-Short Term bond (FSHBX) | A | Dividend | J | T | | | | | |
| 28. Fidelity-High Income (SPHIX) | A | Dividend | J | T | | | | | |
| 29. Fidelity-GNMA Fund (FGMNX) | A | Dividend | K | T | | | | | |
| 30. Fidelity-Mortgage Securities (FMSFX) | A | Dividend | K | T | | | | | |
| 31. Fidelity-Export & Multinational (FEXPX) | A | Dividend | K | T | | | | | |
| 32. IRA # 3 (H) | | | | | | | | | |
| 33. Fidelity-Balanced (FBALX) | A | Dividend | J | T | | | | | |
| 34. IRA #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T. Rowe Price- New America Growth | B | Dividend | K | T | | | | | |
| 36. IRA #5 (H) | | | | | | | | | |
| 37. T. Rowe Price- Prime Reserve | A | Dividend | J | T | | | | | |
| 38. T. Rowe Price- Science and Technology (X) | | None | K | T | | | | | |
| 39. T. Rowe Price- Mid Cap Value | A | Dividend | K | T | | | | | |
| 40. T. Rowe Price- Dividend Growth | A | Dividend | K | T | | | | | |
| 41. T. Rowe Price- International Stock | A | Dividend | J | T | | | | | |
| 42. T. Rowe Price- New Asia | A | Dividend | K | T | | | | | |
| 43. IRA #6 (H) | | | | | | | | | |
| 44. T. Rowe Price- Science & Technology (PRSCX) | C | Dividend | L | T | | | | | |
| 45. T. Rowe Price- GNMA (PRGMX) | A | Dividend | K | T | | | | | |
| 46. T. Rowe Price- New Income (PRCIX) | A | Dividend | J | T | | | | | |
| 47. 529 #1 (H) | | | | | | | | | |
| 48. Fidelity-NH Portfolio 2018 | | None | M | T | Sold (part) | 02/03/16 | K | | |
| 49. | | | | | Sold (part) | 08/03/16 | K | | |
| 50. | | | | | Sold (part) | 12/13/16 | J | | |
| 51. IRA #7 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merrill Lynch-Blackrock Global (MDLOX) | A | Dividend | J | T | | | | | |
| 53. Merrill Lynch-Blackrock Global (MCLOX) | A | Dividend | K | T | | | | | |
| 54. Pimco Stockplus CL A (PSPAX) (X) | A | Dividend | K | T | | | | | |
| 55. Stadion Tactical Defensive (ETFRX) (X) | | None | J | T | | | | | |
| 56. Transamerica Asset Alloc Mod Growth (IMLLX) (X) | A | Dividend | J | T | | | | | |
| 57. Brokerage #2 (H) | | | | | | | | | |
| 58. Southern Company (SO) | B | Dividend | L | T | | | | | |
| 59. Gabelli Utilities (GAUCX) | A | Dividend | J | T | | | | | |
| 60. Duke Energy Corp New (DUK) (X) | A | Dividend | J | T | | | | | |
| 61. AT&T (T) (X) | A | Dividend | K | T | | | | | |
| 62. IRA #6 (H) | | | | | | | | | |
| 63. Wells Fargo Intermediate Fixed Inc. (PTTRX) (Y) | | | | | | | | | |
| 64. WF Intermediate Fixed Inc. (JBGIX) | | None | | | Sold | 09/14/16 | J | A | |
| 65. WF Intermediate Fixed Inc. (MWTIX) | A | Dividend | J | T | | | | | |
| 66. WF Intermediate Fixed Inc. (MGBIX) | A | Dividend | J | T | | | | | |
| 67. WF Intermediate Fixed Inc. (GSZIX) | | None | | | Sold | 09/14/16 | J | | |
| 68. WF Intern'l Markets (OIBYX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WF Intern'l Markets (MEDIX) | A | Dividend | J | T | | | | | |
| 70. WF Large Cap Equity (TWGIX) (Y) | | | | | | | | | |
| 71. WF Large Cap Equity (WFCIX) (Y) | | | | | | | | | |
| 72. WF Large Cap Equity (DGAGX) (Y) | | | | | | | | | |
| 73. WF Large Cap Equity (DODGX) | A | Dividend | J | T | | | | | |
| 74. WF Large Cap equity (JPIVX) | | None | | | Sold | 09/14/16 | J | | |
| 75. WF Mid Cap equity (ASIMX) (Y) | | | | | | | | | |
| 76. WF Mid Cap equity (RSVYX) | | None | | | Sold | 09/14/16 | J | | |
| 77. WF Small cap equity (ORIYX) | | None | | | Sold | 09/14/16 | J | | |
| 78. WF Small cap equity (HNVIX) (Y) | | | | | | | | | |
| 79. WF International Equity (AEGFX) (Y) | | | | | | | | | |
| 80. WF Emerging markets (EMGNX) | A | Dividend | J | T | | | | | |
| 81. WF Emerging markets (HIEMX) (Y) | | | | | | | | | |
| 82. WF Reits and MLP (CSRSX) | A | Dividend | J | T | | | | | |
| 83. WF Multi Class (TIBIX) | A | Dividend | J | T | Sold (part) | 09/14/16 | J | | |
| 84. WF Other Holdings (OOSYX) | | None | | | Sold | 09/14/16 | J | | |
| 85. PIMCO Commodity Real Return Strategy Fund (PCRIX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Virtus EMRG MKT OPPTY (X) | | None | | | Sold | 09/14/16 | J | A | |
| 87. Invesco Global Real Estate (ARGYX) (X) | A | Dividend | J | T | | | | | |
| 88. Deursche Secs TR Enhanced (SKIRX) (X) | A | Dividend | J | T | | | | | |
| 89. American Centy Invt TR (ACBPX) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 90. Fidelity Advisor Strategic Income (FSRIX) (X) | A | Dividend | J | T | | | | | |
| 91. Hartford Mult FDS Inc (HFMIX) | | None | J | T | Buy | 09/14/16 | J | | |
| 92. American Funds Washington (WMFFX) (X) | A | Dividend | J | T | | | | | |
| 93. Mainstay FD High (MHYIX) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 94. Champlain Funds Champlain Small Co (CIPNX) (X) | | None | J | T | | | | | |
| 95. Wells Fargo FDS (WSCGX) | | None | J | T | Buy | 09/14/16 | J | | |
| 96. American Europacific Growth (AEPFX) (X) | A | Dividend | J | T | | | | | |
| 97. Principal FDS Inc (PMDIX) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 98. T. Rowe Price Blue Chip Growth (TRBCX) (X) | | None | J | T | | | | | |
| 99. Wells Fargo Funds (WFMIX) | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 100. IRA #7 (H) | | | | | | | | | |
| 101. Wells Fargo Bank Deposit Sweep (X) | A | Interest | J | T | | | | | |
| 102. Abbvie (ABBV) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Altria Group (MO) | A | Dividend | J | T | | | | | |
| 104.  American Electric (AEP) | A | Dividend | J | T | | | | | |
| 105.  AT&T Inc (T) | A | Dividend | J | T | | | | | |
| 106.  WF- stock Bristol Myers Squibb BMY | | None | | | Sold | 08/08/16 | J | A | |
| 107.  Cisco (CSCO) | A | Dividend | J | T | | | | | |
| 108.  Conagra (CAG) | A | Dividend | J | T | | | | | |
| 109.  Conocophillips (COP) | | None | | | Sold | 01/27/16 | J | | |
| 110.  Diageo PLC (DEO) | A | Dividend | J | T | | | | | |
| 111.  Dominion Res Inc. (D) | A | Dividend | J | T | | | | | |
| 112.  Dover Corp (DOV) | A | Dividend | J | T | | | | | |
| 113.  Du Pont E.I. (DD) | A | Dividend | J | T | | | | | |
| 114.  General Dymanics (GD) | A | Dividend | J | T | | | | | |
| 115.  Genuine Parts (GPC) | A | Dividend | J | T | | | | | |
| 116.  Glaxosmithkline (GSK) | A | Dividend | J | T | | | | | |
| 117.  HCP Inc. (HCP) | | None | | | Sold | 02/10/16 | J | | |
| 118.  Health Care REIT (HCN) (Y) | | | | | | | | | |
| 119.  Home Depot (HD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Illinois Tool orkers (ITW) | A | Dividend | J | T | | | | | |
| 121. Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 122. International Paper (IP) | A | Dividend | J | T | | | | | |
| 123. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 124. JPMorgan (JPM) | A | Dividend | J | T | | | | | |
| 125. Kimberly Clark (KMB) | A | Dividend | J | T | | | | | |
| 126. Kraft Food (KRFT) (Y) | | | | | | | | | |
| 127. Lockheed Martin (LMT) | A | Dividend | J | T | | | | | |
| 128. M&T Bank (MTB) | A | Dividend | J | T | | | | | |
| 129. Mattel Inc (MAT) (Y) | | | | | | | | | |
| 130. Maxim Integrated (MXIM) | A | Dividend | J | T | | | | | |
| 131. McDonalds (MCD) | A | Dividend | J | T | | | | | |
| 132. Microchip Tech (MCHP) | A | Dividend | J | T | | | | | |
| 133. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 134. Nextrera Energy (NEE) | A | Dividend | J | T | | | | | |
| 135. Nucor Corp (NUE) | A | Dividend | J | T | | | | | |
| 136. People's United Final (PBCT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Pepsico Incorp (PEP) | A | Dividend | J | T | | | | | |
| 138. Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 139. Phillips 66 (PSX) | A | Dividend | J | T | | | | | |
| 140. Procter & Gamble (PG) | A | Dividend | J | T | | | | | |
| 141. Royal Dutch Shell (RDS/A) | | None | | | Sold | 09/02/16 | J | | |
| 142. Sonoco Prod. (SON) | A | Dividend | J | T | | | | | |
| 143. Spectra Energy (SE) | | None | | | Sold | 09/06/16 | J | B | |
| 144. Southern Company (SO) | A | Dividend | J | T | | | | | |
| 145. United Parcel Service (UPS) | A | Dividend | J | T | | | | | |
| 146. Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 147. Walgreen Co (WAG) | A | Dividend | J | T | | | | | |
| 148. Waste Mgmt (WM) | A | Dividend | J | T | | | | | |
| 149. Exxon Mobile Corp (XOM) | A | Dividend | J | T | Buy | 04/11/16 | J | | |
| 150. General Electric (GE) | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 151. International Buisness Machines (IBM) | A | Dividend | J | T | Buy | 09/01/16 | J | | |
| 152. US Bancorp New (USB) (X) | A | Dividend | J | T | | | | | |
| 153. Welltower Inc (HCN) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Brokerage #3 (H) | | | | | | | | | |
| 155.  Wells Fargo Franklin Incoe FD CL C (FCISX) | A | Dividend | J | T | | | | | |
| 156.  WF Franklin Rising Div Cl C (FRDTX) | A | Dividend | J | T | | | | | |
| 157.  WF Franklin Strategic Inc Rd Cl C (FSGCX) | A | Dividend | J | T | | | | | |
| 158.  WF Mutual Series FD Inc Global Dis FD CL C (TEDSX) | A | Dividend | J | T | | | | | |
| 159.  WF Templeton Global Bond CL C (TEGBX) | A | Dividend | J | T | | | | | |
| 160.  Brokerage #4 (H) | | | | | | | | | |
| 161.  Vanguard Balanced Index Admiral Shares (VBIAX) | | None | K | T | | | | | |
| 162.  Vanguard Intern'l Growth Fund | | None | J | T | | | | | |
| 163.  Vanguard Settlement Fund (Y) | | | | | | | | | |
| 164.  Vanguard Morgan Growth Fund | | None | K | T | | | | | |
| 165.  Brokerage #5 (H) | | | | | | | | | |
| 166.  Frist Eagle Sogen Global FD CL C (FESGX) (X) | | None | J | T | | | | | |
| 167.  Franklin Income FD Cl C (FCISX) (X) | A | Dividend | J | T | | | | | |
| 168.  Franklin Rising Div Cl C (FRDTX) (X) | A | Dividend | J | T | | | | | |
| 169.  Northern LTS FD TR III Good Harbor (GHUCX) (X) | | None | J | T | | | | | |
| 170.  Stadion Funds Stadion Managed Risk (ETFYX) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/09/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Brokerage #6 (H) | | | | | | | | | |
| 172. Putnam Capital Spectrum Cl A (PVSAX) (X) | A | Dividend | K | T | | | | | |
| 173. Putnam Income Cl A (PINCX) (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Throughout Part VII, the assets are now reported by account, with individual headers. This does not reflect a change in the underlying investments. Additionally, excess information, including the names of financial managers and information on the categories of investments, has been removed. The names of assets and/or the corresponding ticker symbols now more clearly identify the holdings listed in this report. This does not reflect a change in the underlying assets. All reportable transactions are documneted within Part VII.

Part VII. lines 44-46: See 2015, lines 31, 35, and 36, respectively.

Part VII, line 85: Name correction only; symbol did not change.

Part VII, lines 112 and 113: Symbol corrections only; see 2015, lines 77 and 78, respectively.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THOMAS Q. LANGSTAFF**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544